**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 117 WAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| XAVIER PHILLIP WYKOFF, | : |
| Petitioner | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 118 WAL 2023 |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| XAVIER PHILLIP WYKOFF, | : |
| Petitioner | : |

**<u>ORDER</u>**

**PER CURIAM**

   **AND NOW**, this 19th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.